UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY L. EMIL,<br><br>  Petitioner,<br><br>vs.<br><br>E.K. McDANIEL, *et al.*,<br><br>  Respondents. | 3:00-cv-00654-KJD-VPC<br><br>**ORDER** |

  This capital habeas corpus action was stayed, in an order entered May 5, 2006 (docket #159), pending petitioner's exhaustion of claims in state court.

  On January 11, 2011, the petitioner filed a motion to lift the stay (docket #173). In that motion, petitioner states that the state-court proceedings have concluded.

  Pursuant to the court's order entered May 5, 2006, the court will grant petitioner's motion to lift the stay of this action, and will reopen this action.

  The court will set a status conference to hear from counsel with respect to a schedule for anticipated further proceedings.

1 **IT IS THEREFORE ORDERED** that petitioner's Motion to Vacate Stay and Reopen
2 Habeas Corpus Proceedings (docket #173) is **GRANTED**. The stay of this action is lifted.
3 **IT IS FURTHER ORDERED** that a telephonic status conference is set for
4 **February 1, 2011, at 9:00 a.m.**, to hear from counsel with respect to a schedule for further
5 proceedings in this action. At the time set for the conference, counsel shall call the court, at
6 702-868-4915 (at prompt, enter code 123456). To make other arrangements, counsel may contact
7 Peggie Vannozzi, at 702-464-5429.
8 DATED: January 11, 2011.

_____
UNITED STATES DISTRICT JUDGE