UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RODNEY EMIL,

    Petitioner,                                        3:00-cv-0654-KJD-VPC

vs.                                                      **MINUTES OF THE COURT**

E.K. McDaniel, *et al.*,                      September 14, 2011

    Respondents.
_____/

PRESENT:
THE HONORABLE   KENT J. DAWSON  , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   DENNIS M. FARIAS       REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING

COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     In this capital habeas corpus action, the respondents have filed a motion (docket #183) stating that Renee Baker is now the warden of Ely State Prison, the prison where the petitioner is incarcerated. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Renee Baker is substituted for her predecessor, E.K. McDaniel, as the respondent warden.

     **IT IS THEREFORE ORDERED** that respondents' Motion for Substitution of Respondent (docket #183) is **GRANTED**.

     **IT IS FURTHER ORDERED** that the Clerk of the Court shall substitute Renee Baker for E.K. McDaniel, on the docket, as the respondent warden in this action, and shall update the caption of the action to reflect this change.

                                                                LANCE S. WILSON, CLERK

                                                            By:         /s/
                                                                    Deputy Clerk